**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joan Najbar,  Civil No. 09-3143 (RHK/RLE)

      Plaintiff,  **ORDER**

vs.

The United States,

      Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: November 10, 2009

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge